# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Glen A. Morgan, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-484-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed September 14, 2015 [Doc. 22]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed , [Doc. ] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $7,250.00.

                                              */s/ John T. Maughmer*
                                                  **John T. Maughmer**
                                      **United States Magistrate Judge**